IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-00756-LTB-CBS

BELGASEM  BELGASEM,

      Plaintiff,

v.

WATERPIK TECHNOLOGIES,

      Defendant.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

This matter comes before the court on Plaintiff's Motion for Leave to Amend Complaint (Referred to Magistrate Judge for determination on August 02, 2005)  "A party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served ...". Fed.R.Civ.P. 15(a).

No responsive pleading has been filed in this case.  *See* Fed.R.Civ.P. 7(a).

Accordingly, it is hereby

**ORDERED**   Plaintiff's Motion for Leave to Amend Complaint (Docket No. 6,  Filed July 22, 2005)  is  **GRANTED.**

The Clerk's office is instructed to accept for filing the First Amended Complaint tendered July 22, 2005 as of the date of this Order.

**DATED:**   August 3, 2005